IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK JOSEPH DELUMEAU,<br><br>    Defendant. | Case No. 3:19-cr-00089-RRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court at Docket 168 is Defendant, Patrick Joseph Delumeau, with an objection to that portion of the Report and Recommendation of the Magistrate Judge (Docket 166) wherein the Magistrate Judge found, by a preponderance of the evidence, that Defendant violated Allegation 6 of the Amended Petion for Warrant filed at Docket 152.

    After a thorough review of the file, the Court hereby ACCEPTS and ADOPTS the aforesaid Report and Recommendation, and further finds, by a preponderance of the evidence, that, at the time in question, Defendant committed the crime of Assault in the Third Degree—Causing Fear with a Weapon.

    Defendant has admitted using a knife to scare the victim because he believed that she had solen from him. Moreover, an independent witness heard a "stomach turning"

scream and observed a violent interaction between Defendant and the victim, as well, and saw the victim screaming and sobbing. The witness was so concerned that she called 911 as Defendant fled the scene.

Given the totality of circumstances, it is not unreasonable to conclude that it is more likely than not that the victim feared serious physical injury. She was facing a larger man, in a confined space, who was obviously angry and who was assaulting her with a knife. The victim's screams, her tears, the fragments of hair cut from her head, and body language all indicate a dangerous interaction between Defendant and the victim. Defendant's conduct, at a minimum, recklessly placed the victim in fear of serious physical injury. Under the circumstances, it is easy to see how one in the victim's situation would fear a disfiguring injury, or the protracted impairment of a body party, if not death, as a result of Defendant's conduct.

In as much as the victim did not testify at the evidentiary hearing, one cannot know, either by clear and convincing evidence or beyond a reasonable doubt, what the victim's thoughts were at the time of the assault. However, the parties' conduct spoke loudly. The circumstantial evidence presented here does establish, by a preponderance of the evidence, that the victim's fears were significant and well-founded.

Therefore, for these reasons, as well as for the reasons provided by the Magistrate Judge and argued by the Government, the Court hereby ACCEPTS and ADOPTS the Report and Recommendation at Docket 166 in its entirety, and enters adjudication of conviction as to Allegations 1–7 of the Amended Petition.

Furthermore, the Court withdraws the referral of this matter to the Magistrate Judge and will address all further issues that might arise herein.

DATED this 21st day of July, 2025, at Anchorage, Alaska.

                                               */s/ Ralph R. Beistline*
                                               RALPH R. BEISTLINE
                                           Senior United States District Judge

*United States v. Delumeau*      Case No. 3:19-cr-00089-RRB
Order Adopting Report and Recommendation      Page 3
Case 3:19-cr-00089-RRB-MMS     Document 180     Filed 07/21/25     Page 3 of 3